467 A.2d 46

Commonwealth v. Manning, Appellant.
Petition for Allowance of Appeal
Denied Feb. 27, 1984.

Submitted September 14, 1983. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald Thomas Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and HESTER, JJ.

Affirmed.